people. *Edwards & Edwards* for defendant-appellant. Reported at 404 Mich 357.

MARCH 9, 1979

IN THE MATTER OF HAGUE. (Docket No. 62796.) The request by the Judicial Tenure Commission for the appointment of a Master is considered and the Honorable Jack Warren, Judge of the 30th Judicial Circuit, is designated as Master to consider Formal Complaint No. 23. *George E. Bushnell, Jr.,* for the Judicial Tenure Commission.

MARCH 12, 1979

PEOPLE v PEARSON. (Docket No. 57147.) Rehearing denied. *Carl Ziemba* for defendants-appellants. Reported at 404 Mich 698.

IN THE MATTER OF THE PROPOSED AMENDMENT OF JCR 1969, 13. On order of the Court, this is to advise that the Court is considering a proposal to amend JCR 1969, 13. Before determining whether it should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The present language is to be repealed and replaced by the following language:)

RULE 13. EXPUNCTION OF RECORDS.

The court shall retain a child's juvenile court delinquency records other than those involving motor vehicle violations until the child is 27. The court shall expunge all those delinquency records in its possession within a reasonable time after the child is 27. The court shall retain a child's motor vehicle violation citations and summonses until the child is 19, when they must be expunged. The court shall expunge neglect records 25 years after its jurisdiction over the last child in the family ends. The court may at any time order the expunction of any law enforcement files and records pertaining to a juvenile, including fingerprints and photographs, on a showing of good cause.